**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br>**Cote v. Provanzano, Individually and as Trustee of the**<br>**Debtor(s)** | **Chapter**<br>**26-01067-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
#6 Motion filed by Defendant Joseph S. Provanzano, Individually and as Trustee of the to Dismiss Adversary Proceeding (Re: #1 Complaint).

**Decision set forth as follows:**

THE MOTION TO DISMISS WILL BE GRANTED UNLESS THE PLAINTIFF FILES AN AMENDED COMPLAINT ON OR BEFORE NOVEMBER 10, 2026. THE DEFENDANT SHALL HAVE 21 DAYS FROM FILING OF THE AMENDED COMPLAINT TO ANSWER OR OTHERWISE PLEAD.

Dated: 10/02/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge