10/07/2026 DENIED AS PREMATURE. SEE
ORDER ENTERED AT ECF NO. 26.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**EASTERN DIVISION**

**In re:**

| | | |
|---|---|---|
| JOSEPH S. PROVANZANO,<br>Debtor. | ) | Main Case No.: 1:26-11005-CHP<br>Chapter 7 |
| PAUL W. COTE,<br>Plaintiff,<br>v.<br>JOSEPH S. PROVANZANO, individually, as Trustee of THE J.S. PROVANZANO FAMILY REAL ESTATE TRUST, et al.<br>Defendant. | ) | Adversary Proceeding No.: 26-01067 |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT IV (DECLARATORY JUDGMENT – TRUST ASSETS SUBJECT TO ESTATE CLAIMS)**

Plaintiff, Paul W. Cote, pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 (incorporated by Federal Rule of Bankruptcy Procedure 7056) for the entry of Partial Summary Judgment in favor of Plaintiff on Count IV of the Adversary Complaint.

Plaintiff requests this Court declare that all real estate, bank accounts, and monetary assets held under the name of "The J.S. Provanzano Family Realty Trust" (hereinafter "Trust" or "the Trust") are property of the Bankruptcy Estate available to satisfy the claims of creditors under 11 U.S.C. § 541.

As grounds for this motion, in conjunction with the accompanying Statement of Uncontested Material Facts and Exhibits A through E, Plaintiff states: